# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| QuarterLine Consulting Services, LLC | ) | ASBCA No. 59319 |
| | ) | |
| Under Contract No. FA8053-12-D-0023 | ) | |

APPEARANCES FOR THE APPELLANT:  Barbara A. Duncombe, Esq.
Suzanne Sumner, Esq.
Casie E. Hollis, Esq.
Joshua D. Prentice, Esq.
  Taft Stettinius & Hollister LLP
  Dayton, OH

APPEARANCES FOR THE GOVERNMENT:  Col Robert J. Preston II, USAF
  Acting Air Force Chief Trial Attorney
Christopher M. McNulty, Esq.
Tedd J. Shimp, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 August 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59319, Appeal of QuarterLine Consulting Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals